Rudolph Pompa, Appellee, v. Edward Kaufman, Appellant.

Gen. No. 46,511. 

First District, First Division.

April 18, 1955.

Released for publication May 23, 1955.

Hinshaw, Culbertson, Moelmann & Hoban, for appellant; Leonel I. Hatch, Jr., of counsel; Gomberg & Missner, for appellee; Sidney D. Missner, of counsel. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.